No. 608

## BROOKVILLE (Vil.) v. LOGAN GAS CO.

Common Pleas, Montgomery County
No. 53407. Decided Aug. 8, 1924

973. PUBLIC UTILITIES COMMISSION—Orders of this body are reviewable only by the Supreme Court of Ohio.

639. INJUNCTIONS—A gas company will be restrained from turning off gas during pendency of action before supreme court.

SNEDIKER, J.

### Epitomized Opinion

This was an action for an injunction. The Jantha Light & Fuel Company in 1913 entered into a contract with the Village of Brookville for the purpose of selling to it natural gas for the consumption of its citizens. The Logan Gas Company subsequently in the same year entered into an agreement to furnish the gas to the Jantha Fuel Company in carrying out its contract with the plaintiff. All of these contracts were lived up to until 1919 when an Ordinance was passed increasing the charge for natural gas from the Jantha Company. The Logan Company continued to furnish gas to the former Company at its old price. Upon application in 1920 the Logan Company granted consent from the Public Utilities Commission of Ohio to discontinue further service. This prevented the Jantha Company from furnishing further gas under its contract. The plaintiff thereupon filed an action for an injunction. In granting a restraining order the Court held:

1. The Supreme Court has exclusive jurisdiction to review the orders of the Public Utilities Commission, and it has been decided by that Court when construing the authority of the lower courts that they may not either directly or indirecly interfere with or review any such order.

2. Pending the decision of the Supreme Court, the Gas Company should be enjoined from closing or abandoning its service.

Injunction granted.

Attorneys—Orion E. Bowman, Dayton, for Brookville; Eggleston & Eggleston, Columbus, and McMahon, Corwin & Landis, Dayton, for Gas Co., et al.

## PUBLISHERS' COLUMN

# The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

CHIEF EDITOR - - W. J. TOSSEL

President - - - J. F. Laning

Vice Pres. and Cir. Mgr. - Sam H. Torrey

Secretary and Treasurer - S. R. Laning

Issued Every Wednesday    50 Weeks of the Year

SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance..$15.00

Single Numbers .........................    .50

The lawyer's work of keeping abreast with the current new laws and court decisions, exclusive of the cost of buying new text books, reports and digests, is a burden the lawyer has to contend with, if he does it properly, that few of the profession can compute. He cannot well afford, by chance or neglect, to overlook or miss any precedent the court or legislature announces. Hence the propriety of having at hand an easily consulted service that will furnish him the systematically made data he needs to keep himself well posted, and make himself feel certain that he has the annotations which will advise him, from time to time, as to almost every question that will arise in his practice. This feature of the work of the Abstract is being constantly developed, and its Digests, Code Notes and Concordance are about indispensible to every practicing lawyer.

Lawyers frequently grumble at the announcement of a new law book, thinking it another volume for them to buy. But what would a lawyer do without books? They are the tools of his profession, and indispensible to his success, as are those of the mechanic to his trade. While the continual cost of buying books is apt to be considered burdensome, still there is a compensation in the fact that while it is a hardship to be required to get them, still it might be worse—a much greater plague to be compelled to get along without them.